FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

13 OCT -2 PM 4:15

CLERK-LAS CRUCES

Wesley Dexter Roberts Jr. CCDC# 10816 DOC# 57391
Full Name/Prisoner Number

3701 S. Atkinson
Roswell N.M. 88203
Complete Mailing Address

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 13-955 WJ/SMV
(To be supplied by the Court)

Wesley Dexter Roberts Jr. -
CCDC # 10816   DOC # 57391, Plaintiff(s),
Full name(s) and prisoner number(s)
(Do not use *et al.*)

v.

CCDC-Adm. Sandra Stewart, Assist. Admin. Clay Corn
Major Garcia, Lt. Salazar, Lt. Sanchez, Defendant(s).
(Do not use *et al.*)

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTION

1. Wesley D. Roberts (Plaintiff) is a citizen of New Mexico (State) who presently resides at 3701 S Atkinson, Roswell NM 88203
(mailing address or place of confinement)

2. Defendant Sandra Stewart (name of first defendant) is a citizen of New Mexico (State) whose address is 3701 S. Atkinson, Roswell NM 88203 and who is employed as Old Admin. CCDC (title and place of employment). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?
✓ Yes  ___ No. If your answer is "Yes," briefly explain:

Mrs Stewart was in charge of guarantee inmates rights.

3. Defendant <u>Clay Corn</u> is a citizen of <u>New Mexico</u>
   (name of second defendant)                                    (State)

whose address is <u>3701 S. Atkinson, Roswell NM 88203</u>

and who is employed as <u>New Admin  CCDC</u>. At the time the claim(s)
   (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
   ✓ Yes ___ No. If your answer is "Yes," briefly explain:

<u>Mr Clay was in position to insure inmates rights.</u>
<u>I wrote letters to Mr. Clay but he refused to help.</u>

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

(CHECK ONE OR BOTH:)
_____ Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (for state defendants) or *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for federal defendants).
_____ Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## B. NATURE OF THE CASE

BRIEFLY state the background of your case. <u>Im incarcerated at CCDC fighting two count cases, but I can't get public defenders to do any thing. Therefore I wanted to go Pro Se, but I keep getting refused access to law Library. This has been going on for the last 14 month. I have wrote numerous letters and put in dozens of grievances but I keep getting the run around.</u>

## C. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: <u>That my denial of access to law library goes against my Constitutional Right of Due process. My I Amendment Rights have been violated.</u>

2

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Claim II: My denial of Access to law library has violated my II Amendment Rights.

Supporting Facts: I have grievances and letters that I have wrote to my judge and to facility about not having access to law library. Every one has turned a blindeye to my situation. They put up a facade like they are going to do something but then do nothing. This situation has resulted in me being found guilt on my first case, I say this because every issue and/or motion that I have pleaded with my public defenders to aquire are the same evidence that prosecution used to convict me. If I would of had evidence that I asked for I would of been able to prove my innocense.

Because of this persistant problem I am not clear on what a lot of term and procedure I am obliged to follow. I am not even sure exactly how to complete forms because I cant go to law library, therefore your patience and help would be appreciated.

**Claim III:** _____

_____

Supporting Facts:

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____ Yes  ✓ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   b. Name and location of court and docket number _____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)

   _____

   d. Issues raised: _____

   e. Approximate date of filing lawsuit: _____

   f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. ✓ Yes ____ No.

If your answer is "Yes," briefly describe how relief was sought and the results. I put in grievance and wrote letters to Judge and to administration trying to resolve problem.

3. I have exhausted available administrative remedies. ✓ Yes ____ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted. I have put in grievances I have asked for copy of grievance from facility but have not recieved them, I may have to subpoena files, I will enclose grievances I do have and letter that I wrote,

4

### E. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

   a. Parties to previous lawsuit:

       Plaintiff(s): _____

       Defendant(s): _____

   b. Name and location of court and docket number _____

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit: _____

   e. Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? ____ Yes √ No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

although I believe not having Access to Law Library has resulted in me being found guilty in count/ Case and maybe Court Case's.

### G. REQUEST FOR RELIEF

I request the following relief: I am seeking both monetary relief in the amount of 1 million dollars and regulations imposed on facility mandating that each and every person have access to Law Library that can Accomodate facility.

**Prisoner's Original Signature**

Original signature of attorney (if any)

_____

_____

Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  CCDC _____  on  Sept 26, 2013 .
              (location)                                               (date)

_Wesley Ralvert_
**Prisoner's Original Signature**

# A. Parties

Defendent Magor Garcia is a citzen of New Mexico whose address is 3701 S. Atkinson, Roswell NM 88203 and who is employed as Magor at CCDC. Mr Garcia was acting under color of State law. Major was in position to insure me access to law library and was privy to Grievances and letters I wrote.

Defendent Lt. Salazar is a citzen of New Mexico whose address is 3701 S. Atkinson, Roswell NM 88203 Mr Salazar was acting under color of State Law Mr Salazar was head of investigation into matter and did nothing to help me gain access to Law Library.

Defendent Lt Sanchez is citzen of New Mexico whose address is 3701 S. Atkinson, Roswell NM 88203 Mr Sanchez was acting under color of State law.
Mr Sanchez is the man that I directed most of my Grievance to and did nothing.

Wesley Roberts
CCDC # 10816
3701 S. Atkinson
Roswell NM 88203

1 of 2

MATTHEW J. DYKMAN
CLERK

U.S. District Court
100 N Church Street
Las Cruses, NM 88001

9800183572

INMATE CORRESPONDENCE

Purple Martin
FOREVER USA