IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**WESLEY DEXTER ROBERTS, JR.,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　　No. 13-cv-955 WJ/SMV

**SANDRA STEWART, et al.,**

    **Defendants.**

### ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

This matter is before the Court on Plaintiff's prisoner motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 [Doc. 2]. Because the Court grants the motion, the filing fee for this civil rights complaint is $350.00. Plaintiff is required to pay the full amount of the filing fee pursuant to § 1915(b)(1). Based on the information about Plaintiff's financial status, the Court will waive an initial partial payment pursuant to § 1915(b)(1). If Plaintiff fails to comply with this order, the civil rights complaint may be dismissed without prejudice without further notice.

    **IT IS THEREFORE ORDERED** that Plaintiff's motion to proceed pursuant to 28 U.S.C. § 1915 [Doc. 2] is **GRANTED**, and the initial partial payment is **WAIVED**;

    **IT IS FURTHER ORDERED** that Plaintiff file monthly financial certificates and make monthly payments of twenty per cent (20%) of the preceding month's income credited to his account or show cause why the payment should be excused; and the Clerk is directed to provide Plaintiff with two copies of the post-filing financial certificate.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**